NUMBER 13-04-130-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
NUECES COUNTY BAIL BOND BOARD, ET AL.,                  Appellants,

v.

WARREN ALKEK D/B/A A & A BAIL BONDS,                         Appellee.
____________________________________________________________________

On appeal from the 347th District Court of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellants, NUECES COUNTY BAIL BOND BOARD, ET AL., perfected an appeal
from an order entered by the 347th District Court of Nueces County, Texas, in cause
number 04-82-H. After the clerk’s record was filed, appellants filed a motion to
dismiss the appeal. Appellants request that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellants’ motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellants’
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 6th day of May, 2004.